THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* WILLIAM HUFF *et al.*, Defendants-Appellants.

(No. 73-47;

Third District—November 30, 1973.

PER CURIAM.

Robert H. Howard, of Monmouth, and Stuart R. Lefstein, of Rock Island, for appellants.

Fred R. Odendahl, State's Attorney, of Monmouth (James W. Jerz, of Model District State's Attorneys Office, of counsel), for the People.